UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                  :
UNITED STATES OF AMERICA,       :
            Plaintiff,   :
                  :     17 Cr. 240 (LGS)
     -against-            :
                  :
DIANA CABANA RUBENSTEIN,      :     SCHEDULING ORDER
           Defendant,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS a sentencing hearing is currently scheduled for February 4, 2021, at 11:00 a.m.  It is hereby

**ORDERED** that the sentencing hearing currently scheduled for February 4, 2021, at 11:00 a.m. is adjourned to **February 4, 2021, at 12:00 noon** and will be conducted via videoconference.  The defendant, her counsel and counsel for the Government are directed to appear and will be provided with call-in instructions via email.  Members of the press and public may dial into this hearing using conference call number (888) 363-4749, and access code 558-3333.

Dated: February 2, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**