UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                             :

UNITED STATES OF AMERICA,            :

                               Plaintiff,     :          17 Cr. 240 (LGS)

          -v-                                     :

                                                  :          **ORDER**

DIANA CABANA RUBENSTEIN,         :

                              Defendant,   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, with DIANA CABANA RUBENSTEIN's consent, her guilty plea allocution was taken before Magistrate Debra C. Freeman on March 29, 2018;

      WHEREAS, a transcript of the allocution was made; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
       February 3, 2021

                                                 LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE