UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| - v. - | :  ORDER OF RESTITUTION |
| DIANA CABANA RUBENSTEIN, | :  17 Cr. 240 (LGS) |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, David Raymond Lewis, Stephen J. Ritchin, and Timothy V. Capozzi, Assistant United States Attorneys, of counsel; the Presentence Report; the Defendant's conviction on Counts One and Two of the above Information; and all other proceedings in this case,

IT IS HEREBY ORDERED that:

1. Amount of Restitution. DIANA CABANA RUBENSTEIN, the Defendant, shall pay restitution in the total amount of $2,107,997, payable to the federal Medicare Program. Payments shall be made to the Clerk of the Court and mailed to the United States Courthouse, 500 Pearl Street, New York, New York 10007, attn: Cashier. The Clerk shall forward all payments owed to the Medicare Program to:

> Centers for Medicaid and Medicare Services ("CMS")
> Division of Accounting Operations
> P.O. Box 7520
> Baltimore, MD  21207-0520

Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

3. Joint and Several Liability.  Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter, specifically

    a. Aleksandr Burman, under docket number 16 Cr. 190 (PGG); and

    b. Paul J. Mathieu, Hatem Behiry, Ewald J. Antoine, Mustak Y. Vaid, Lina Zhitnik, Asher Oleg Kataev, Alla Tsirlin, Marina Burman, Edward Miselevich, and Ivan Voychak, under docket number 17 Cr. 763 (LGS).

4. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or the victim has been paid the total amount of its loss from all the restitution paid by the Defendant and co-defendants in this matter.

Dated: New York, New York
       February 4, 2021

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**