

# MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

:

December 10, 2021

By ECF
Honorable Lorna Schofield
United States District Judge
United States Courthouse
40 Centre Street
New York, N.Y. 10007

Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 51.

Dated" December 15, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: U.S. v. Diana Rubenstein
    17 Cr. 240 (LGS)

Dear Judge Schofield:

    This letter is respectfully submitted on behalf of Diana Rubenstein, who was sentenced by Your Honor on February 4, 2021, to time served and a term of supervised release of one year. Ms. Rubenstein was recently contacted by her probation Officer, Kathy Bermudez, who stated that she had Ms. Rubenstein's passport and was prepared to return it to her, but needed a Court Order to do so. By this letter, I am requesting that the court authorize the United States Probation Department to return Ms. Rubenstein's passport to her forthwith. I have spoken with AUSA David Lewis, who advised me that the Government has no objection to this application.

    Thank you in advance for your consideration of this request.

Respectfully submitted,

Avraham C. Moskowitz

cc: AUSA David Lewis (by email)